UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>STEVEN SANCHEZ,<br><br>                        Defendant. | 21 Cr. 407 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      The parties are hereby ORDERED to appear for Defendant's arraignment on the Indictment in this matter and initial conference on **July 1, 2021, at 10:00 a.m.** The hearing will proceed remotely, and instructions for accessing the hearing will be provided to the parties separately.

      SO ORDERED.

Dated:   June 16, 2021
             New York, New York

                                                      KATHERINE POLK FAILLA
                                                  United States District Judge