

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 3, 2025

**BY ECF**



Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    **Re: <u>United States v. Steven Sanchez</u>, 21 Cr. 407 (KPF)**

Dear Judge Failla:

    The parties jointly write to request an adjournment of the status conference scheduled for April 10, 2025, in this violation of supervised release proceeding.

    As the Court will recall, the Government understood at the last conference (on February 27, 2025), that the drug-possession case currently pending against the defendant in Bronx Criminal Court—which forms the basis for Specification Number 10—would be imminently dismissed. The defendant appeared in Bronx Criminal Court on that case earlier today. The Government understands from the assigned Assistant District Attorney, however, that the Bronx District Attorney's Office in fact determined that it has until next week to certify discovery compliance, and, at this point, intends to proceed with the case. The next status conference was set for May 8, 2025.

    The parties and the Probation Office conferred after receiving this update, and believe that an adjournment of the April 10 status conference is appropriate. The parties request that they be permitted to submit a status letter by no later than May 12, 2025.

                                    Respectfully submitted,

                                    MATTHEW PODOLSKY
                                    Acting United States Attorney

                    by: _____
                                    Patrick R. Moroney
                                    Assistant United States Attorney
                                    (212) 637-2330

cc (by ECF and E-Mail): Marisa Cabrera, Esq., and U.S.P.O. Noah Joseph

Application GRANTED. The status conference previously scheduled for April 10, 2025, is hereby ADJOURNED *sine die*. The parties shall file a joint status letter on or before **May 12, 2025**.

The Clerk of Court is directed to terminate the pending motion at docket entry 42.

Dated:   April 4, 2025        SO ORDERED.
         New York, New York

                              HON. KATHERINE POLK FAILLA
                              UNITED STATES DISTRICT JUDGE