

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 12, 2025

**BY ECF**



Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    **Re:** *United States v. Steven Sanchez*, **21 Cr. 407 (KPF)**

Dear Judge Failla:

    The parties jointly write to provide an update in this violation of supervised release proceeding.

    As the Court will recall, the defendant had a pending case in Bronx County Criminal Court for the conduct underlying the drug-possession specification (Specification Number 10 in the Probation Office's February 10, 2025 Amended Violation Report). That case, however, was ultimately dismissed on Speedy Trial grounds on or about May 8, 2025.

    After additional discussions, the parties believe that they have reached a resolution in this matter, pursuant to which the defendant will admit Specification Number 10 and the Government will dismiss the remaining specifications. The parties respectfully request that the Court set a conference in approximately three weeks, at which the defendant can admit to Specification 10 and proceed directly to sentencing. The parties are both available on June 3, 2025, if convenient for the Court.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

by: _____
    Patrick R. Moroney
    Assistant United States Attorney
    (212) 637-2330

cc (by ECF and E-Mail): Marisa Cabrera, Esq., and U.S.P.O. Noah Joseph

Application GRANTED. Mr. Sanchez's VOSR hearing and sentencing shall take place on **June 12, 2025,** at **3:30 p.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 44.

Dated:    May 13, 2025    SO ORDERED.
           New York, New York

                                        HON. KATHERINE POLK FAILLA
                                        UNITED STATES DISTRICT JUDGE