UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
UNITED STATES OF AMERICA,                                     :
                                                              :
                                                              :    21 Cr. 407 (KPF)
                                                              :
            v.                                                :    ORDER
                                                              :
                                                              :
STEVEN SANCHEZ,                                               :
                                                              :
                        Defendant.                            :
------------------------------------------------------------- X

KATHERINE POLK FAILLA, District Judge:


        It is hereby ORDERED, that the defendant, Steven Sanchez, USM# 49074-509,
is hereby remanded to the custody of the United States Marshal.


        SO ORDERED.

Dated:       February 17, 2026
             New York, New York

                                                 _____
                                                    KATHERINE POLK FAILLA
                                                    United States District Judge