UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

STEVEN SANCHEZ,

Defendant.

21 Cr. 407 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The conference previously scheduled for March 12, 2026, is hereby

ADJOURNED to **March 17, 2026**, at **3:30 p.m.** in Courtroom 618 of the

Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

Dated:    March 5, 2026
          New York, New York

KATHERINE POLK FAILLA
United States District Judge